**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-02651-LTB-KMT

DANIEL GONZALES,

       Plaintiff,

v.

DAVID A. KRAFT & ASSOCIATES, LLC,

       Defendant.

_____

**ORDER**
_____

       THIS MATTER having come before the Court on the Stipulation to Dismiss With Prejudice (Doc 9 - filed May 28, 2013), and the Court being fully advised in the premises, it is therefore

       ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

         s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED:  May 29, 2013